UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMEKA BROWNING,

    Plaintiff,                                   Case No. 16-cv-11080
                                               Hon. Matthew F. Leitman

v.

LOCAL PERK, INC.,
d/b/a MLC MOTOR CARS,

    Defendant.
_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Having been advised by the stipulation of the Parties, the Court hereby dismisses the claims against Locak Perk, Inc. with prejudice and without costs, sanctions, or attorneys fees.

The Court retains jurisdiction for purposes of enforcing the settlement of this matter.

**IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2016

Stipulated To By:

| | |
|---|---|
| s/ Ian B. Lyngklip | s/ by consent Stephanie Carpenter |
| Ian B. Lyngklip (P47173) | Stephanie Carpenter (P-34734) |
| Attorney For Tameka Browning | The Law Office of Frazier & Gebauer |
| 24500 Northwestern Highway, Ste. 206 | Attorney For Local Perk, Inc. |
| Southfield, MI 48075 | Two Townes Square, Ste. 275 |
| (248) 208-8864 | Southfield, MI 48076 |
| Ian@MichiganConsumerLaw.Com | (248) 350-4806 |